# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

CONNIE L. CARROLL,

           Plaintiff,

vs.

INDUSTRIAL SUPPLY CO., *et al.*,

           Defendants.

2:18-cv-00204-RFB-VCF

**AMENDED ORDER**

Before the Court is Plaintiff Connie L. Carroll's Motion to Stay (ECF No. 7).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff Connie L. Carroll's Motion to Stay (ECF No. 7) is scheduled for 10:00 AM, June 11, 2018 is RESCHEDULED to **11:00 AM, June 11, 2018**, in Courtroom 3D at the U.S. District Court, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

DATED this 5th day of June, 2018.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE